

707 Westchester Avenue, Suite 409

White Plains, New York 10604

Tel. (914) 358-4422

www.rosenbaumtaylor.com

January 30, 2024

Via ECF and First Class Mail

Rocco F. D'Agostino, Esq.
Law Offices of Rocco F. D'Agostino
445 Hamilton Avenue
Suite 607
White Plains, NY 10601

Re: Justin C. Amendola et al v Nadia F Cavellero et al
US Dist. Ct., So. Dist. N.Y. Case No: 7-23-cv-10607-KMK

Dear Mr. D'Agostino,

In response to your pre-motion letter, pursuant to the Individual Rules of Practice of the Honorable Kenneth M. Karas dated August 28, 2023 the summons and complaint will be amended.

It is proposed that the amendments to the summons and complaint will be filed within fourteen (14) days of this letter.

Very truly yours,

GARY M. KRIM

cc: Honorable Kenneth M. Karas via ECF