UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN C. AMENDOLA *et al.*,

                Plaintiffs,

    v.

NADIA F. CAVELLERO *et al.*,

                Defendants.

No. 23-CV-10607 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

    At a Conference held before the Court on April 2, 2024, the Court adopted the following briefing schedule:

    Plaintiffs shall turn over to Defendants any documents or materials they intend to rely on to establish jurisdiction by June 2, 2024.  Defendants' Motion to Dismiss will be due no later than July 2, 2024.  Plaintiffs' will be due no later than August 2, 2024, and Defendants' reply will be due no later than August 16, 2024.

SO ORDERED.

Dated:
       April 2, 2024
       White Plains, New York

                                                    KENNETH M. KARAS
                                                   United States District Judge