

# ROSENBAUM & TAYLOR P.C.

707 Westchester Avenue, Suite 409

White Plains, New York 10604

Tel. (914) 358-4422

www.rosenbaumtaylor.com

August 5, 2024

Via ECF

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
Chambers 533
White Plains, NY 10601

Re:   Estate of John V. Amendola v Nadia Cavellero et al
      US Dist. Ct., Southern District of New York; Case No: 7:23-cv-10607-KMK

Dear Judge Karas,

This letter is sent in compliance with Rule I(B) of your Individual Rules of Practice.

This office represents plaintiff in the above referenced case.

Plaintiff filed its response (Doc. No. 24) to Defendants' motion (Doc. No. 21) on August 2, 2024, that being the date Your Honor set in your motion scheduling order. (Doc. No. 20). Defendants have until August 16, 2024 to reply.

Prior to filing the opposition, I had hoped to have, in form ready to submit, a declaration from a licensed real estate salesperson providing an opinion as to the value of the real estate which is the subject of this matter of this litigation. Unfortunately, the declarant was unable to return the executed declaration to me until today, although it was signed by her on August 2, 2024.

By this letter, plaintiff seeks the Court's permission to immediately submit the declaration. It is respectfully submitted that this would result in no prejudice to Defendant.

Very truly yours,

*[signature]*

GARY M. KRIM

cc:   Robert D'Agostino, Esq. by ECF
      Attorney for Defendants

Granted.
So Ordered
*[signature]*
8/5/24