UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Justin C. Amendola, et al.,

                        Plaintiff,                     23-CV-10607 (KMK)

    -v-

                                               CALENDAR NOTICE

Nadia F. Cavellero, et al.,

                        Defendant(s).
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge,

on Thursday, July 9, 2026 at 11:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Dated: June 3, 2026
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J.